SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

09 AUG 19 PM 2:53

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:09CR 3102 |
| v. | INDICTMENT |
| TIMOTHY J. GRIESS, aka "TJ," and aka "Towtruck," | (18 U.S.C. § 2, 21 U.S.C. § 846) |
| Defendant. | |

The Grand Jury Charges:

## COUNT 1

Between on or about January 1, 2006, and August 16, 2009, in the District of Nebraska and elsewhere, TIMOTHY J. GRIESS, also known as "TJ," and also known as "Towtruck," the defendant herein, knowingly and intentionally conspired, confederated and agreed with other persons to distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841.

In violation of Title 18, United States Code, Section 2, Title 21, United States Code, Section 846, and subject to sentencing under Title 21, United States Code, Section 841(b)(1).

A TRUE BILL

_____
Foreperson

_____
JOE W. STECHER
United States Attorney

4:09CR3102

The United States of America requests that the trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

BRUCE W. GILLAN
Assistant United States Attorney

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
09 AUG 19 PM 2:53
OFFICE OF THE CLERK